# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Mia L McNeal  
        Debtor(s)

CHAPTER 13

BKY. NO. 12-20848 SR

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7920

        Respectfully submitted,

        **/s/Thomas Puleo, Esquire**  
        Thomas Puleo, Esquire  
        Brian C. Nicholas, Esquire  
        KML Law Group, P.C.  
        701 Market Street, Suite 5000  
        Philadelphia, PA 19106-1532  
        (215) 825-6306  FAX (215) 825-6406