IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                    :      Chapter 13


Mia L. McNeal             :      No.  12-20848-SR
          Debtor


<u>ORDER</u>

AND NOW, this _____ day of _____, 2017, it is

hereby ORDERED and DECREED that the Motion to Approve Loan

Modification is APPROVED and the Debtor is permitted to obtain a

loan modification on her property located at 5213 N. 8th Street,

Philadelphia, PA 19120.


**Dated: August 23, 2017**

_____
HONORABLE STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE