# DEVRY INC

Student Accounts Center

Change Of Address

814 Commerce Drive Oakbrook, Illinois 60523

# DEVRY INC/ADTALEM GLOBAL EDUCATION

Student Accounts Center

New Address

1200 East Diehl Road Naperville, Illinois 60563

Case # 12-20848-sr



FILED
SEP 21 2017
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK