IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Mia L McNeal | : | No. ~~xx-xxxxx-xxx~~ |
| Debtor | | 12-20848-JKF |

O R D E R

AND NOW, this          day of               , 2017, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE JEAN K FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

**Date: October 10, 2017**

cc:

Frederick L Reigle, Trustee

David M. Offen, Esquire

Mia L McNeal

Payroll Controller
City of Philadelphia
1401 John F. Kennedy Blvd.
Philadelphia, PA 19102