United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mia L McNeal  
    Debtor

Case No. 12-20848-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia      Page 1 of 1      Date Rcvd: Oct 10, 2017  
                         Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2017.  
db          +Mia L McNeal,    5213 N. 8th Street,    Philadelphia, PA 19120-3109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2017 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    MIDFIRST BANK agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         DAVID M. OFFEN    on behalf of Debtor Mia L McNeal dmo160west@gmail.com, davidoffenecf@gmail.com  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                  TOTAL: 7

```
               IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


          IN RE                :    CHAPTER 13
                               :
          Mia L McNeal          :    No.   xXXXXXXXXXXXf
                 Debtor                   12-20848-JKF
```

                          O  R  D  E  R

AND NOW, this          day of               , 2017, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
**Date: October 10, 2017**    HONORABLE JEAN K FITZSIMON
                              UNITED STATES BANKRUPTCY JUDGE

cc:

Frederick L Reigle, Trustee

David M. Offen, Esquire

Mia L McNeal

Payroll Controller
City of Philadelphia
1401 John F. Kennedy Blvd.
Philadelphia, PA 19102