Certificate Number: 12433-PAE-DE-030373378

Bankruptcy Case Number: 12-20848



12433-PAE-DE-030373378

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 2, 2018, at 4:40 o'clock PM EST, Mia L. McNeal completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 2, 2018    By:  /s/Lisa Susoev

Name:  Lisa Susoev

Title:  Teacher