DEVRY INC
Student Accounts Center
Change Of Address
814 Commerce Drive Oakbrook, Illinois 60523


DEVRY INC/ADTALEM GLOBAL EDUCATION
Student Accounts Center
New Address
1200 East Diehl Road Naperville, Illinois 60563


Case # 12-20848-sr
Mia L. McNeal



JAN 29 2018