IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Mia McNeal | : | No. 12-20848-JKF |
| Debtor | | |

O R D E R

AND NOW, this _____ day of _____, 2018, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby

ORDERED, that the Debtor's Motion to Modify Plan is APPROVED. The base amount of the plan is $30,875.00. After payment of all claims to be paid pursuant to the plan, the remaining funds in the Trustee's account shall be refunded to the Debtor.

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE