IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
Mia McNeal : No. 12-20848-JKF
Debtor

O R D E R

AND NOW, this 3rd day of July, 2018, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby

ORDERED, that the Debtor's Motion to Modify Plan is APPROVED. The base amount of the plan is $30,875.00. After payment of all claims to be paid pursuant to the plan, the remaining funds in the Trustee's account shall be refunded to the Debtor.

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE