United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mia L McNeal  
    Debtor

Case No. 12-20848-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Jul 03, 2018  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2018.  
db         +Mia L McNeal,    5213 N. 8th Street,    Philadelphia, PA 19120-3109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2018 at the address(es) listed below:  
        ANDREW F GORNALL    on behalf of Creditor    MIDFIRST BANK agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        DAVID M. OFFEN    on behalf of Debtor Mia L McNeal dmo160west@gmail.com,  davidoffenecf@gmail.com  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                     TOTAL: 7

```
             IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

|   |   |   |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|  | : |  |
| Mia McNeal | : | No. 12-20848-JKF |
| Debtor |  |  |

O R D E R

AND NOW, this __3rd__ day of __July__, 2018, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby

ORDERED, that the Debtor's Motion to Modify Plan is APPROVED. The base amount of the plan is $30,875.00. After payment of all claims to be paid pursuant to the plan, the remaining funds in the Trustee's account shall be refunded to the Debtor.

*/s/ Jean K. FitzSimon*

―――――――――――――――――――――
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE