United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-20848-jkf
Mia L McNeal                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia          Page 1 of 2              Date Rcvd: Apr 23, 2019
                         Form ID: 138NEW         Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2019.
```
db             +Mia L McNeal,    5213 N. 8th Street,    Philadelphia, PA 19120-3109
12964996       +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
12911765       +Acs/Wells Fargo,    501 Bleecker St,    Utica, NY 13501-2401
12980865       +Aes/Pheaa,    Po Box 8147,    Harrisburg , PA 17105-8147
12911766       +Aes/Pheaa-Keycon,    1200 N 7th St,    Harrisburg, PA 17102-1419
12911768       +Alfred Moore,    5213 N. 8th Street,    Philadelphia, PA 19120-3109
12911769        Bankcard Services,    P.O. Box 23069,    Columbus, GA 31902-3069
12911776       +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
12911934       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
12966463       +Devry Inc./Adtalem Global Education,    Student Accounts Center,    1200 East Diehl Road,
                 Naperville, IL 60563-9347
13330020        ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
12911789       +Merchants Assoc Cool D,    134 S Tampa St,    Tampa, FL 33602-5396
12911790       +Midland Mtg/Midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
12911791        National Recoveries, Inc.,    14735 Highway 65 NE, Suite 100,    Andover, MN 55304-4886
12911793       +Tnb - Target,    Po Box 673,    Minneapolis, MN 55440-0673
12969415        Wells Fargo Bank NA,    dba Wells Fargo Dealer Services,    PO Box 19657,    Irvine CA  92623-9657
12911796       +Wfds/Wds,    Po Box 1697,    Winterville, NC 28590-1697
13033943        eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 24 2019 02:13:08     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 24 2019 02:12:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 24 2019 02:13:03     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: rmscedi@recoverycorp.com Apr 24 2019 02:17:52     Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
12987850        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 24 2019 02:18:23
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13010747       +E-mail/Text: megan.harper@phila.gov Apr 24 2019 02:13:08
                 CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    MUNICIPAL SERVICES BUILDING  BANKRUPTCY,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
12911770       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 24 2019 02:17:37     Cach, Llc,
                 4340 S Monaco St Unit 2,    Denver, CO 80237-3485
12911771       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 24 2019 02:18:13     Capital One,
                 PO Box 85147,    Richmond, VA 23276-0001
12912600       +E-mail/Text: bankruptcy@cavps.com Apr 24 2019 02:13:01     Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
12911772       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 24 2019 02:12:37     Comenity Bank/Avenue,
                 Po Box 182789,    Columbus, OH 43218-2789
12911773       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 24 2019 02:12:37     Comenity Bank/Jssclndn,
                 Po Box 182789,    Columbus, OH 43218-2789
12911774       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 24 2019 02:12:37     Comenity Bank/Lnbryant,
                 4590 E Broad St,    Columbus, OH 43213-1301
12911775       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 24 2019 02:12:38     Comenity Bank/Onestpls,
                 4590 E Broad St,    Columbus, OH 43213-1301
12911777       +E-mail/PDF: pa_dc_ed@navient.com Apr 24 2019 02:17:52     Dept Of Ed/Sallie Mae,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
12911787       +E-mail/Text: bknotice@ercbpo.com Apr 24 2019 02:12:57     Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
12911788       +E-mail/Text: bknotice@ercbpo.com Apr 24 2019 02:12:57     Enhancrcvrco,    8014 Bayberry Rd,
                 Jacksonville, FL 32256-7412
13049053        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 24 2019 02:18:22
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13000597        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 24 2019 02:18:13
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
12965125        E-mail/Text: bnc-quantum@quantum3group.com Apr 24 2019 02:12:38
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
12949963        E-mail/Text: bnc-quantum@quantum3group.com Apr 24 2019 02:12:38
                 Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
12920294        E-mail/PDF: rmscedi@recoverycorp.com Apr 24 2019 02:17:30
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13085327        E-mail/PDF: pa_dc_ed@navient.com Apr 24 2019 02:18:21     Sallie Mae Inc. on behalf of,
                 Department of Education,    P.O. Box 740351,    Atlanta, GA. 30374-0351
```

```
District/off: 0313-2         User: Virginia              Page 2 of 2                  Date Rcvd: Apr 23, 2019
                             Form ID: 138NEW             Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12911792       +E-mail/Text: bankruptcy@sw-credit.com Apr 24 2019 02:12:55     Southwest Credit Syste,
                 5910 W Plano Pkwy Ste 10,    Plano, TX 75093-2202
12966928       +E-mail/Text: bncmail@w-legal.com Apr 24 2019 02:12:59     TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13003640       +E-mail/Text: bncmail@w-legal.com Apr 24 2019 02:12:59     TD Bank USA, N.A.,
                 c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12911794       +E-mail/Text: External.Collections@phoenix.edu Apr 24 2019 02:13:21     University Of Phoenix,
                 4615 E Elwood St Fl 3,    Phoenix, AZ 85040-1950
12911795       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 24 2019 02:12:31
                 Verizon Wirelss,    2000 Corporate Dr,    Orangeburg, NY 10962-2624
12933150        E-mail/Text: bkyelectnotices@tgslc.org Apr 24 2019 02:13:03     Wells Fargo on behalf of,
                 Texas Guaranteed Student Loan Corp,    c/o Texas Guaranteed Student Loan Corp,    PO Box 83100,
                 Round Rock, TX 78683-3100
                                                                                              TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +AES/PHEAA,   PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*             +Devry Inc/Adtalem Global Education,    Student Accounts Center,    1200 East Diehl Road,
                 Naperville, IL 60563-9347
cr*              ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
cr*             +TD Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
12911767*       +Aes/Pheaa-Keycon,   1200 N 7th St,    Harrisburg, PA 17102-1419
12911778*       +Dept Of Ed/Sallie Mae,    Po Box 9635,    Wilkes Barre, PA 18773-9635
12911779*       +Dept Of Ed/Sallie Mae,    Po Box 9635,    Wilkes Barre, PA 18773-9635
12911780*       +Dept Of Ed/Sallie Mae,    Po Box 9635,    Wilkes Barre, PA 18773-9635
12911781*       +Dept Of Ed/Sallie Mae,    Po Box 9635,    Wilkes Barre, PA 18773-9635
12911782*       +Dept Of Ed/Sallie Mae,    Po Box 9635,    Wilkes Barre, PA 18773-9635
12911783*       +Dept Of Ed/Sallie Mae,    Po Box 9635,    Wilkes Barre, PA 18773-9635
12911784*       +Dept Of Ed/Sallie Mae,    Po Box 9635,    Wilkes Barre, PA 18773-9635
12911785*       +Dept Of Ed/Sallie Mae,    Po Box 9635,    Wilkes Barre, PA 18773-9635
12911786*       +Dept Of Ed/Sallie Mae,    Po Box 9635,    Wilkes Barre, PA 18773-9635
12956791       ##+Rjm Acquisitions Funding Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
12956790       ##+Rjm Acquisitions Llc,   575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                          TOTALS: 0, * 14, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    MIDFIRST BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Mia L McNeal dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Mia L McNeal
       Debtor(s)    Bankruptcy No: 12−20848−jkf
            Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court<br>
Timothy B. McGrath<br>
Clerk of Court

Dated: 4/23/19

122 − 121<br>
Form 138_new